**SABRINA P. SHROFF**
ATTORNEY AT LAW

MEMO ENDORSED

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

> Defendants Victor Del Valle and Adrean Coombs are directed to respond by May 17, 2023 as to whether they agree to the adjournment and consent to the exclusion of time under the Speedy Trial Act. Should the parties agree to adjourn the trial, the parties are further directed to submit to the Court two alternative trial dates by May 17, 2023. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: May 15, 2023
> New York, New York

May 14, 2023

**BY ECF**

Honorable Eduardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Santos*, 20 Cr. 481 (ER)

Dear Judge Ramos,

I represent Eric Suarez on this indictment and write to seek an adjournment of the June 20, 2023, trial date in this case. I am starting trial on May 15, 2023, in the case of *United States v. Trabelsi*, 06 Cr. 89 (RDM), in the District of Columbia. Mr. Trabelsi is charged with violating the anti-terrorism laws of the United States and is accused of wanting to kill American abroad using weapons of mass destruction.

I am told that the government has no objection to this request as long as the other two defendants awaiting trial (*Victor Del Valle* and *Adrean Coombs*) see the same adjournment and consent to the exclusion of time under the Speedy Trial Act. Mr. Suarez consents to the Court entering an Order of Excludable Delay to the next date set by the Court.

I thank the Court for considering this request.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel to Eric Suarez

SPS/hls

SO ORDERED : _____
Hon. Edgardo Ramos