**SABRINA P. SHROFF**  80 BROAD STREET, 19TH FLOOR
ATTORNEY AT LAW  NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

March 19, 2024

**BY ECF**

Honorable Eduardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Santos*, 20 Cr. 481 (ER)
    (for defendant Erik Suarez)

Dear Judge Ramos,

With consent of pretrial and with the government following pretrial's position, I write to ask the Court modify Mr. Suarez's bail conditions by removing location monitoring.

I thank the Court for considering this request.

Respectfully submitted,

*/s/* Sabrina P. Shroff
    Counsel to Eric Suarez


SO ORDERED :
            Honorable Edgardo Ramos
            New York, New York
            March 19, 2024