UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

        - against-

ERIK SUAREZ,

                Defendant.
-------------------------------------------------x

**ORDER**

20 Cr. 481-5 (ER)

Ramos, D.J.:

        The sentencing hearing, previously scheduled for December 11, 2024, will be held on **February 19, 2025, at 11:30 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

        SO ORDERED.

Dated:  New York, New York
           December 27, 2024

                                                          Edgardo Ramos, U.S.D.J.