UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

        - against-

ERIK SUAREZ,

                Defendant.
-------------------------------------------------x

**ORDER**

20 Cr. 481-5 (ER)

Ramos, D.J.:

    Sentencing will be held on **April 17, 2025, at 11:00 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated: New York, New York
       April 11, 2025

                                                  Edgardo Ramos, U.S.D.J.