UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

          - against-

ERIK SUAREZ,

                    Defendant.
-------------------------------------------------x

**ORDER**

20 Cr. 481-5 (ER)

Ramos, D.J.:

    Sentencing will be held on **June 13, 2025, at 11:00 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated:  New York, New York
          June 9, 2025

                                              Edgardo Ramos, U.S.D.J.